```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                          Criminal No. 06-cr-194-01-JD

Lester Caron

O R D E R

    The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  February 20, 2007

cc:  Michael Iacopino, Esq.
     Peter Papps, Esq.
     U.S. Marshal
     U.S. Probation