```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                        Criminal No. 06-cr-194-01-JD

Lester Caron

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: April 16, 2007

cc:  Peter Papps, Esq.
     Michael Iacopino, Esq.
     U.S. Marshal
     U.S. Probation